## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ROGER SHULER, CAROL SHULER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:16-cv-00695-TMP |
| | ) |
| JESSICA MEDEIROS GARRISON, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Comes now Joshua B. White and files this Notice of Appearance as attorney for the defendants, Robert Wermuth; Stephens Millirons, P.C.; and James J. Odom, Jr., and requests that all future notices and mailings be sent to his attention at the address listed below.

/s/ Joshua B. White
Joshua B. White
Stephens Millirons, PC
Post Office Box 307
Huntsville, Alabama 35804
Phone: (256) 382-5500
Fax: (256) 382-3581
Email: jwhite@smpclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the following parties by filing the same electronically or, where necessary, by placing a copy of the same in the United States Mail:

    Roger Shuler
    3501 W. Sunshine
    Springfield, MO 65807

    Carol Shuler
    3501 W. Sunshine
    Springfield, MO 65807

/s/ Joshua B. White
Joshua B. White