# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

## SUMMONS

|  |  |
|---|---|
| Roger Shuler & Carol Shuler } | |
| Plaintiff(s) } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Jessica Medeiros Garrison et al } | |
| Defendant(s) } | Case Number: 2:16-cv-695-TMP |

To: Cliff Sims
    Yellowhammer News
    139 W. Glenwood Dr
    Birmingham, AL 35209-3941

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiffs:

    Roger Shuler    Carol Shuler
    3501 W. Sunshine    3501 W. Sunshine
    Springfield, MO 65807    Springfield, MO 65807

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

                        SHARON N. HARRIS, CLERK

DATE: June 22, 2016

                        By:___Maire Read_____
                              Deputy Clerk

---

SERVE:  per U.S. Marshal's Form 285    Clerk, United States District Court
                                              Northern District of Alabama
                                              1729 5th Avenue North
                                              Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**SUMMONS**

| | |
|---|---|
| Roger Shuler & Carol Shuler } | |
| Plaintiff(s) } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Jessica Medeiros Garrison et al } | |
| Defendant(s) } | Case Number: 2:16-cv-695-TMP |

To: James J. Odom Jr.
   PO Box 11244
   Birmingham, AL 35202


TO THE ABOVE NAMED DEFENDANT(S):

   You are hereby summoned and required to serve upon plaintiffs:

   Roger Shuler         Carol Shuler
   3501 W. Sunshine     3501 W. Sunshine
   Springfield, MO 65807  Springfield, MO 65807

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint.   A signed copy of your response must also be filed with the court.

                           SHARON N. HARRIS, CLERK

DATE: June 22, 2016

                           By:___Maire Read_____
                              Deputy Clerk

-----------------------------------------------------------------------------------------------------------------------
SERVE:   per U.S. Marshal's Form 285      Clerk, United States District Court
                              Northern District of Alabama
                              1729 5th Avenue North
                              Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

### SUMMONS

| | |
|---|---|
| Roger Shuler & Carol Shuler } | |
| Plaintiff(s) } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Jessica Medeiros Garrison et al } | |
| Defendant(s) } | Case Number: 2:16-cv-695-TMP |

To: Liz Welch
    Marie Claire Magazine
    300 West 57th St. 34th Floor
    New York, NY 10019-1497

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiffs:

Roger Shuler            Carol Shuler
3501 W. Sunshine        3501 W. Sunshine
Springfield, MO 65807   Springfield, MO 65807

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint.  A signed copy of your response must also be filed with the court.

SHARON N. HARRIS, CLERK

DATE: June 22, 2016

By:___Maire Read_____
    Deputy Clerk

-----------------------------------------------------------------------------------------------------------------
SERVE:   per U.S. Marshal's Form 285        Clerk, United States District Court
                                            Northern District of Alabama
                                            1729 5th Avenue North
                                            Birmingham, AL 35203

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

## SUMMONS

Roger Shuler & Carol Shuler
   Plaintiff(s)       (Issued pursuant to Rule 4
v.             of the Federal Rules of Civil
              Procedure or other appropriate laws)
Jessica Medeiros Garrison et al
   Defendant(s)      Case Number: 2:16-cv-695-TMP

To: Rob Riley
  Riley Jackson Law Firm
  3530 Independence Drive
  Birmingham, AL 35209-5710

TO THE ABOVE NAMED DEFENDANT(S):

  You are hereby summoned and required to serve upon plaintiffs:

    Roger Shuler    Carol Shuler
    3501 W. Sunshine  3501 W. Sunshine
    Springfield, MO 65807 Springfield, MO 65807

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

                  SHARON N. HARRIS, CLERK

DATE: June 22, 2016

                 By:___Maire Read_____
                    Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285  Clerk, United States District Court
                     Northern District of Alabama
                     1729 5th Avenue North
                     Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**SUMMONS**

| | | |
|---|---|---|
| Roger Shuler & Carol Shuler | } | |
| Plaintiff(s) | } | (Issued pursuant to Rule 4 |
| v. | } | of the Federal Rules of Civil |
| | } | Procedure or other appropriate laws) |
| Jessica Medeiros Garrison et al | } | |
| Defendant(s) | } | Case Number: 2:16-cv-695-TMP |

To: Spartan Value Investors
 1110 23rd St. South
 Birmingham, AL 35205

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiffs:

Roger Shuler          Carol Shuler
3501 W. Sunshine      3501 W. Sunshine
Springfield, MO 65807 Springfield, MO 65807

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.  A signed copy of your response must also be filed with the court.

SHARON N. HARRIS, CLERK

DATE: June 22, 2016

By:___Maire Read_____
 Deputy Clerk

---

SERVE:  per U.S. Marshal's Form 285      Clerk, United States District Court
 Northern District of Alabama
 1729 5th Avenue North
 Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**SUMMONS**

| | |
|---|---|
| Roger Shuler & Carol Shuler } | |
| Plaintiff(s) } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Jessica Medeiros Garrison et al } | |
| Defendant(s) } | Case Number: 2:16-cv-695-TMP |

To: Luther Strange
    Office of theAttorney General
    P.O. Box 300152
    Montgomery, AL 36130-0152
TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiffs:

| | |
|---|---|
| Roger Shuler | Carol Shuler |
| 3501 W. Sunshine | 3501 W. Sunshine |
| Springfield, MO 65807 | Springfield, MO 65807 |

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.   A signed copy of your response must also be filed with the court.

SHARON N. HARRIS, CLERK

DATE: June 22, 2016

By:___Maire Read_____
    Deputy Clerk

---

SERVE:   per U.S. Marshal's Form 285         Clerk, United States District Court
                                             Northern District of Alabama
                                             1729 5th Avenue North
                                             Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

| | | |
|---|---|---|
| Roger Shuler & Carol Shuler | } | |
| Plaintiff(s) | } | (Issued pursuant to Rule 4 |
| v. | } | of the Federal Rules of Civil |
| | } | Procedure or other appropriate laws) |
| Jessica Medeiros Garrison et al | } | |
| Defendant(s) | } | Case Number: 2:16-cv-695-TMP |

To: Robert Wermuth
    Stephens Millirons PC
    120 Seven Cedars Dr. SE
    Huntsville, AL 35802-1692

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiffs:

Roger Shuler            Carol Shuler
3501 W. Sunshine        3501 W. Sunshine
Springfield, MO 65807   Springfield, MO 65807

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.   A signed copy of your response must also be filed with the court.

SHARON N. HARRIS, CLERK

DATE: June 22, 2016

By:___Maire Read_____
        Deputy Clerk

-------------------------------------------------------------------------------------------------------------------
SERVE:   per U.S. Marshal's Form 285        Clerk, United States District Court
                                            Northern District of Alabama
                                            1729 5th Avenue North
                                            Birmingham, AL 35203

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

## SUMMONS

| | |
|---|---|
| Roger Shuler & Carol Shuler | } |
|     Plaintiff(s) | }    (Issued pursuant to Rule 4 |
| v. | }    of the Federal Rules of Civil |
| | }    Procedure or other appropriate laws) |
| Jessica Medeiros Garrison et al | } |
|     Defendant(s) | }    Case Number: 2:16-cv-695-TMP |

To: Yellowhammer News
    139 W. Glenwood Dr
    Birmingham, AL 35209-3941

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiffs:

    Roger Shuler      Carol Shuler
    3501 W. Sunshine      3501 W. Sunshine
    Springfield, MO 65807      Springfield, MO 65807

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

                          SHARON N. HARRIS, CLERK

DATE: June 22, 2016

                          By:___Maire Read_____
                                  Deputy Clerk

---

SERVE:    per U.S. Marshal's Form 285      Clerk, United States District Court
                                                                Northern District of Alabama
                                                               1729 5th Avenue North
                                                               Birmingham, AL 35203